## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INEZ QTAISH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  1:23-cv-03477 (UNA) |
| | ) | |
| METRO LAB, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that Plaintiff's application for leave to proceed *in forma pauperis*, ECF No.

2, is **GRANTED**, and it is further

**ORDERED** that the complaint, ECF No. 1, and this civil action, are **DISMISSED** without

prejudice.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date:  November 30, 2023

/s/_____

ANA C. REYES
United States District Judge